IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON G. BATES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No.: 07-299-MJR |
| CSX TRANSPORATION , INC., a corporation | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

COMES NOW the Plaintiff, **SHARON G. BATES**, by and through her attorneys, Kujawski & Nowak, P.C., and for her Complaint against the Defendant, CSX TRANSPORTATION, INC., a corporation, states as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. Sections 51 et. seq., as hereinafter more fully shown.

2. That at all times mentioned herein, the Defendant, CSX TRANSPORTATION, INC., was a corporation, and was controlled, operated and maintained in interstate commerce as a common carrier by rail, transporting interstate commerce between various states, including the States of Illinois and Kentucky.

3. That at all times relevant herein, the Defendant, CSX TRANSPORATION, INC., maintains a yard, and repair and inspection facilities located in East St. Louis, St. Clair County, Illinois.

4. That the Defendant, CSX TRANSPORTATION, INC., has an employee and/or agent available for service of process at its Rose Lake Yard located in East St. Louis, St. Clair County, Illinois.

5. That on or about October 3, 2005, or on a date known more certainly to the Defendant, and at all times mentioned herein, the Plaintiff, Sharon G. Bates, was an employee of the Defendant, CSX TRANSPORTATION, INC., a corporation, and had been for several years prior thereto.

6. That at all times mentioned herein, all or part of the duties of the Plaintiff, as such employee, furthered interstate commerce by the Defendant railroad or in some way directly or substantially affected said commerce.

7. That on or about October 3, 2005, or on a date known more certainly to the Defendant, the Plaintiff was employed by the Defendant as a conductor, and while in the performance of her duties as a conductor, was injured while walking on Defendant's work surfaces near Henderson, Kentucky in Henderson County.

8. That at the aforesaid time and place, the Defendant, CSX TRANSPORTATION, INC., a corporation, by and through it agents, servants, and employees was negligent in committing one or more of the following negligent acts or omissions, to wit:

    (a) Failed to provide Plaintiff with a safe place to work;

    (b) Failed to provide Plaintiff with a working area which was not defective;

    (c) Failed to remove debris and oversized ballast from Defendant's work surfaces;

 (d) Failed to periodically inspect its work surfaces to remove debris and improperly sized ballast.

 (e) Failed to maintain Plaintiff's work area in a condition which would protect and safeguard Plaintiff;

 (f) Failed to correct dangerous conditions existing therein;

 (g) Violated C.F.R. Section 213.33 in failing to keep its work surfaces adjacent to the road bed maintained and free of obstruction;

 (h) Violated C.F.R. Section 213.103 in failing to provide ballast that would allow for adequate drainage and/or proper track cross level;

 (i) Violated C.F.R. Section 213.233 in failing to conduct scheduled track and ballast inspections;

 (j) Allowed unsafe practices to become the common practice.

9. That as a direct and proximate result in whole or in part, of one or more of the aforesaid mentioned acts of negligence or omissions on the part of the Defendant, the Plaintiff, while in the performance of her duty as a conductor, and in connection with and in the scope and course of her employment, was injured when she was caused to fall, causing Plaintiff to sustain severe and permanent injuries, to wit: injuries to the right ankle, bones, and soft tissues of the ankle and supporting leg; that she sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as the result of said injury; that she has incurred permanent disfigurement and disability resulting from said injuries; that she has lost sums of money from her usual gainful occupation, and that she will continue to lose large sums of money from her usual occupation; that she has sustained a permanent impairment of her earning capacity; that she has become obligated in the past for medical expenses resulting from her injuries; she will be obligated in the future to expend

3

large sums of money for necessary medical care and treatment and services, all to Plaintiff's damage.

WHEREFORE, the Plaintiff, SHARON G. BATES, prays judgment against the Defendant, CSX TRANSPORTATION, INC., a corporation, for money in excess of Seventy-Five Thousand Dollars ($75,000.00) in an amount adequate to fairly and reasonably compensate her for her injuries sustained herein, plus interest, costs and for such other relief as the Court may deem just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

**KUJAWSKI & NOWAK, P.C.**

By: s/John P. Kujawski
John P. Kujawski 3128922
1331 Park Plaza Drive, Suite 2
O'Fallon, IL  62269-1764
(618) 622-3600
fax:(618) 622-3700

**ATTORNEYS FOR THE PLAINTIFF**