UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON BATES,

    Plaintiff,

v.

CSX TRANSPORTATION, INC.,

    Defendant.

Case No. 07-cv-299 -JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

**Dated: December 11, 2007**　　　　　　　　　　s/Brenda K. Lowe, Deputy Clerk


**Approved:**　__s/ J. Phil Gilbert__
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**